| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** | |
| Case number (if known): _____  Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**  
4E Brands Northamerica LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
4 6 – 5 7 1 0 3 1 0

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **17806 Interstate Highway 10**<br>Number    Street | **700 Canal Street, Suite 12E**<br>Number    Street |
| **Suite 300** | <br>P.O. Box |
| **San Antonio**   **TX**   **78257**<br>City    State    ZIP Code | **Stamford**   **CT**   **06902**<br>City    State    ZIP Code |
| **Bexar**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other.  Specify: _____

Debtor **4E Brands Northamerica LLC**                               Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

**3 2 5 9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.  *Check all that apply:*

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

Debtor **4E Brands Northamerica LLC**     Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                   MM / DD / YYYY
        District _____ When _____ Case number _____
                   MM / DD / YYYY
        District _____ When _____ Case number _____
                   MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
        District _____ When _____
                   MM / DD / YYYY
        Case number, if known _____

        Debtor _____ Relationship _____
        District _____ When _____
                   MM / DD / YYYY
        Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor __4E Brands Northamerica LLC__                                   Case number (if known) _____

| | | |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No <br> ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                              Number     Street

_____

_____   _____   _____
City                             State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and adminstrative information

| | | |
|---|---|---|
| 13. | Debtor's estimation of available funds | *Check one:* <br> ☑ Funds will be available for distribution to unsecured creditors. <br> ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. | Estimated number of creditors | ☐ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000 <br> ☐ 50-99          ☐ 5,001-10,000       ☐ 50,001-100,000 <br> ☐ 100-199        ☐ 10,001-25,000      ☐ More than 100,000 <br> ☑ 200-999 |
| 15. | Estimated assets | ☑ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion <br> ☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion <br> ☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion <br> ☐ $50,001-$100,000        ☑ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion <br> ☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion <br> ☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

Debtor  **4E Brands Northamerica LLC**                              Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/22/2022**
MM / DD / YYYY

X **/s/ David Dunn**
Signature of authorized representative of debtor

**David Dunn**
Printed name

**Chief Restructuring Officer**
Title

**18. Signature of attorney**

X **/s/ Matthew D. Cavenaugh**                              Date **02/22/2022**
Signature of attorney for debtor                                      MM / DD / YYYY

**Matthew D. Cavenaugh**
Printed name

**Jackson Walker**
Firm name

**1401 McKinney Street**
Number         Street

**Suite 1900**

**Houston**                                                **TX**              **77010**
City                                                        State             ZIP Code

**(713) 752-4416**                                        **mcavenaugh@jw.com**
Contact phone                                              Email address

**24062656**                                               **TX**
Bar number                                                 State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| 4E BRANDS NORTHAMERICA LLC,[1] | ) Case No. 22-_____ |
| Debtor. | ) |

**LIST OF EQUITY SECURITY HOLDERS OF DEBTOR**

    4E Brands Northamerica LLC, a Texas limited liability company, debtor in the above-captioned case, hereby files its List of Equity Security Holders, pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| EQUITY HOLDER | AGGREGATE NUMBER OF UNITS | PERCENTAGE OF EQUITY INTERESTS |
|---|---|---|
| 4E Global S.A.P.I. de C.V. | N/A | 100% |

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is 4E Brands Northamerica LLC (0310). The Debtor's principal place of business is 17806 Interstate Highway 10, Suite 300, San Antonio, TX 78257. The Debtor's service address is: 700 Canal Street, Suite 12E, Stamford, CT, 06902.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| 4E BRANDS NORTHAMERICA LLC,[1] | ) Case No. 22-_____ |
| Debtor. | ) |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(A)(1) AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, I, David Dunn, as Chief Restructuring Officer of 4E Brands Northamerica LLC, a Texas limited liability company, debtor in the above-captioned case, declare under penalty of perjury that, to the best of my knowledge, information and belief, the following corporation is the only corporation that directly or indirectly owns 10% or more of any class of equity interests in 4E Brands Northamerica LLC.

| NAME OF CORPORATION | PERCENTAGE OF EQUITY INTEREST |
|---|---|
| 4E Global S.A.P.I. de C.V. | 100% |

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is 4E Brands Northamerica LLC (0310). The Debtor's principal place of business is 17806 Interstate Highway 10, Suite 300, San Antonio, TX 78257. The Debtor's service address is: 700 Canal Street, Suite 12E, Stamford, CT, 06902.

**Fill in this information to identify the case:**

Debtor name: 4E Brands Northamerica LLC

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Infini Distribution  1403 Gillingham Lane, Suite 200  Sugar Land, TX 77478 | Gray Freeman  gray@infinidistribution.com | Unsecured | | | | $2,607,142.82 |
| 2 | Stericycle, Inc.  2355 Waukegan Rd.  Bannockburn, IL 60015 | James Birch  jbirch@rolfeshenry.com | Unsecured | Disputed | | | $2,316,702.81 |
| 3 | SupplyOne  11 Campus Boulevard  Suite 150  Newtown Square, PA 19073 | Renee Epifano  repifano@supplyone.com | Unsecured | | | | $818,793.71 |
| 4 | NDC, Inc.  402 BNA Drive  Suite 500  Nashville, TN 37217 | Steve Martin  smartin@ndc-inc.com | Unsecured | | | | $665,524.75 |
| 5 | Essendant Management Services  One Parkway North Boulevard  Deerfield, IL 60015 | Eric Ives  eives@foxswibel.com | Unsecured | Disputed | | | $365,797.18 |
| 6 | Global Impact Innovation LLC  340 Shuman Blvd.  Naperville, IL 60563 | Badal Moradia  badal@gii.llc | Unsecured | | | | $256,643.37 |
| 7 | Airmar Transportes Internacionales  North 174 No. 549  Col. Pensador Mexicano CP 15510  Cuidad de Mexico | Carolina Garduno  cgarduno@airmar.com.mx | Unsecured | | | | $255,319.00 |
| 8 | School Health  5600 Apollo Drive  Rolling Meadows, IL 60008 | Laura Hannon  Lhannon@schoolhealth.com | Unsecured | | | | $214,784.32 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims     page 1

Debtor   4E Brands Northamerica LLC
         Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Acorn East<br>16301 NW 15th Ave.<br>Miami, FL 33169 | Jeff Davimos<br>jdavimos@acorn-east.com | Unsecured | Unliquidated & Disputed | | | $191,666.68 |
| 10 | J.B Hunt Transport Inc<br>P.O. Box 13<br>Lowell, AR 72742 | Raziel Cervantes<br>raziel.cervantes@jbhunt.com | Unsecured | | | | $188,471.00 |
| 11 | Joffroy Group LLC<br>10218 Crossroads Loop<br>Laredo, TX 78045 | Julio Antonio Rodriguez Torres<br>jrodriguez@joffroy.com | Unsecured | | | | $114,069.04 |
| 12 | Sidley Austin LLP<br>1000 Louisiana Street<br>Suite 5900<br>Houston, TX 77002 | Kara McCall<br>kmccall@sidley.com | Unsecured | | | | $94,939.08 |
| 13 | ELC Beauty LLC<br>767 Fifth Avenue, Suite 4603<br>New York, NY 10153 | David Ugenti<br>dugenti@estee.com | Unsecured | | | | $91,666.74 |
| 14 | Fenix Forwarding, Inc.<br>417 Logistics<br>Laredo, TX 78045 | Eber Perez<br>eber@corporativofenix.net | Unsecured | | | | $89,900.00 |
| 15 | HEB<br>646 S Flores Street<br>San Antonio, TX 78204 | Carlos Rivera<br>rivera.carlos@heb.com | Unsecured | | | | $70,000.00 |
| 16 | Asimex<br>Mario Pani #750-piso 10<br>Lomas de Santa Fe<br>Contadero, Cuajimalpa de Morelos<br>01219 Cuidad de Mexico,<br>CDMX, Mexico | Carelia Islas<br>cislas@asimexglobal.com | Unsecured | | | | $40,625.00 |
| 17 | Albertsons Companies, Inc.<br>250 E Parkcenter Blvd.<br>Boise, Idaho 83706 | Tami Tollefson<br>tami.tollefson@albertsons.com | Unsecured | | | | $35,063.83 |
| 18 | Arrow Paper<br>228 Andrews St.<br>Wilmington, MA 01887 | Eric Skelly<br>Eric.Skelly@dinsmore.com | Unsecured | | | | $32,373.47 |
| 19 | Nikimo LLC<br>21781 Ventura Blvd. #439<br>Woodland Hills, CA 91364 | Ruben Maciel<br>ruben@slgroupla.com | Unsecured | | | | $28,653.30 |
| 20 | McMaster-Carr<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606 | Joseph Krasovec<br>jkrasovec@schiffhardin.com | Unsecured | | | | $24,549.48 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims   page 2

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 21 | Valley Solvent Company, Inc. 15281 State Highway 107 Harlingen, TX 78552-4278 | Nora Garza noragarza@valleysolvents.com | Unsecured | | | | $21,579.14 |
| 22 | IGPS Logistics LLC 315 E. Robinson St. #520 Orlando, FL 32801 | Emily Lang elang@foley.com | Unsecured | | | | $18,645.03 |
| 23 | SPS Commerce, Inc. 333 South Seventh Street Suite 1000 Minneapolis, MN 55402 | Sin Informacion accountsreceivable@spscommerce.com | Unsecured | | | | $14,493.08 |
| 24 | Logicargo US Customs and Bonded Carrier Solutions, LLC 410 Nafta Blvd. Laredo, TX 78045 | Alejandro Zamudio alejandro@logi-cargo.com | Unsecured | | | | $6,263.74 |
| 25 | Registrar Corp 144 Research Drive Hampton, Virginia 23666 | Chief Executive Officer or General Counsel P: 757-224-0177 F: 757-224-0179 | Unsecured | | | | $4,950.00 |
| 26 | Racher Press Inc. 220 5th Ave #18 New York, NY 10001 | Pam Vandernoth jdonneruno@racherpress.com | Unsecured | | | | $4,000.00 |
| 27 | Laredo Quality Transfer Services, Inc. 502 Nafta Blvd. Laredo, TX 78045 | Sara de la Garza saradelagarza@laredoquality.com | Unsecured | | | | $2,733.81 |
| 28 | Big Horn School District #3 640 8th Avenue North Greybull, WY 82426 | Tracy Boyer trboyer@bgh3.k12.wy.us | Unsecured | | | | $2,512.50 |
| 29 | Tarjeta American Express Three World Financial Center 200 Vesey Street New York, NY 10285-4803 | Chief Executive Officer or General Counsel P: 212-640-2000 F: 623-444-3040 | Unsecured | | | | $1,467.24 |
| 30 | Coyote Logistics 2545 W. Diversey Ave. 3rd Floor Chicago, IL 60647 | Guillermo Chiquete Guillermo.chiquete@coyote.com | Unsecured | | | | $1,018.50 |

# WRITTEN CONSENT
# OF
# 4E BRANDS NORTHAMERICA LLC

### FEBRUARY 15, 2022

THE COMPANY, 4E BRANDS NORTHAMERICA LLC (the "Company") takes the following actions and adopt the following resolutions without a meeting, as authorized by Section 101.358 of the Texas Business Organizations Code ("TBOC"), as amended from time to time.

WHEREAS, pursuant to Section 101.356 of the TBOC, any action not apparently in the ordinary course of business must be approved by an affirmative majority of the governing persons.

WHEREAS, pursuant to Section 101.358 of the TBOC, an action may be taken, without holding a meeting, providing notice, or taking a vote if a written consent stating the action taken is signed by the number of governing persons of a limited liability company necessary to have at least the minimum number of votes that would be necessary to take action at a meeting at which each governing person entitled to vote on the action is present and votes.

WHEREAS, the Company deems it advisable and in the best interest of the Company to file bankruptcy under Chapter 11 of the US Code and grant David Dunn, in his capacity as Chief Restructuring Officer of the Company, and to each Manager (collectively, the "Authorized Persons") the power and authority to authorize, execute, and approve on behalf of the Company all bankruptcy and restructuring matters, including but not limited to filing a petition for bankruptcy (the "Bankruptcy Matters").

NOW THEREFORE, BE IT RESOLVED, that, notwithstanding anything to the contrary, the Company hereby grants to each Authorized Person the power and authority to authorize, execute, approve and file the Bankruptcy Matters and to take any other action done in furtherance of the Bankruptcy Matters.

RESOLVED, that the undersigned hereby approve and consent to any and all actions taken, done or performed in connection with the authority granted by the foregoing resolutions, and all legal actions of any nature whatsoever previously taken by any manager, officer, employee, agent, attorney or other representative of the Company contemplated by, arising out of or in connection with the subject of the foregoing resolutions.

1

IN WITNESS WHEREOF, the undersigned have executed this Written Consent as of the date first written above:

**MANAGERS:**

*Omar Jose Gutierrez*
Omar Jose Gutierrez Hernandez

*Evan H. Essers*
Evan H. Essers