IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| 4E BRANDS NORTHAMERICA LLC,[1] | ) Case No. 22-50009 |
| | ) |
| Debtor. | ) |
| | ) |

**DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR FEBRUARY 23, 2022 AT 12:00 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtor and debtor in possession (the "Debtor"), files its Witness and Exhibit List for the hearing to be held on February 23, 2022 at 12:00 p.m. (prevailing Central Time) (the "First Day Hearing") as follows:

**WITNESSES**

The Debtor may call the following witnesses at the Hearing:

1. David Dunn;

2. Sheryl Betance;

3. Any witness listed or called by any other party;

4. Rebuttal witnesses as necessary; and

5. The Debtor reserves the right to cross-examine any witness called by any other party.

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is 4E Brands Northamerica LLC (0310). The Debtor's principal place of business is 17806 Interstate Highway 10, Suite 300, San Antonio, TX 78257. The Debtor's service address is: 700 Canal Street, Suite 12E, Stamford, CT, 06902.

31899883v.1

## EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of David M. Dunn, Chief Restructuring Office, in Support of the Chapter 11 Petitions and the First Day Motions [Docket No. 5] | | | | | | |
| 2. | DIP Term Sheet [Docket No. 6-1] | | | | | | |
| 3. | Interim Budget [Docket No. 6-1] | | | | | | |
| 4. | Declaration of Sheryl Betance in Support of Debtor's Emergency Application for Entry of an Order Authorizing the Retention and Appointment of Stretto as Claims, Noticing and Solicitation Agent [Docket No. 3] | | | | | | |
| 5. | Notice of Commencement [Docket No. 2-1] | | | | | | |
| | Any document or pleading filed in the above-captioned main cases | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

## RESERVATION OF RIGHTS

The Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the First Day Hearing.

31899883v.1

February 23, 2022

/s/ Genevieve M. Graham
**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Veronica A. Polnick (TX Bar No. 24079148)
Genevieve M. Graham (TX Bar No. 24085340)
Victoria Argeroplos (TX Bar No. 24105799)
Javier Gonzalez (TX Bar No. 24119697)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email: mcavenaugh@jw.com
Email: vpolnick@jw.com
Email: ggraham@jw.com
Email: vargeroplos@jw.com
Email: jgonzalez@jw.com

*Proposed Counsel to the Debtor
and Debtor in Possession*

31899883v.1

**Certificate of Service**

      I certify that on February 23, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      /s/ *Genevieve M. Graham*
      Genevieve M. Graham

31899883v.1