IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| 4E BRANDS NORTHAMERICA LLC | § | Case No. 22-50009 (DRJ) |
| | § | |
| DEBTOR(S) | § | |

**NOTICE OF APPOINTMENT OF OFFICIAL
COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE DAVID R. JONES
CHIEF UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST") through the undersigned attorney, pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1) and hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | |
|---|---|
| Infini Distribution LLC<br>1403 Gillingham Lane, Suite 200<br>Sugar Land, TX 77478 | Graeme Freeman<br>(707) 953-9785<br>gray@infinidistribution.com |
| Global Impact Innovation<br>340 Shuman Blvd.<br>Naperville, IL 60563 | Badal Moradia<br>(614) 859-5748<br>badal@gii.llc |
| Acorn East<br>16301 NW 15th Ave.<br>Miami, FL 33169 | Jeffrey Davimos<br>(908) 468-5200<br>jdavimos@acorn-east.com |
| Fenix Servicios Aduanales S.C.<br>417 Logistic Dr.<br>Laredo, TX 78045 | Eber Pérez<br>(956) 235-4288<br>eber@corporativofenix.net |
| Sedgwick Claims Management Services, Inc.<br>8125 Sedgwick Way<br>Memphis, TN 38125-1128 | Kurt Vollert<br>(223) 322-0297<br>kurt.vollert@sedgwick.com |

Dated: March 1, 2022                              KEVIN M. EPSTEIN
                                                  UNITED STATES TRUSTEE

By: */s/ Andrew Jiménez*
Andrew Jimenez, Trial Attorney
District of Columbia Bar 991907
Email: Andrew.Jimenez@usdoj.gov
606 N. Carancahua Street, Suite 1107
Corpus Christi, TX 78401
(202) 507-1969
(361) 888-3261
(361) 888-3263 Fax

By: */s/ Aubrey Thomas*
Aubrey Thomas, Assistant U.S. Trustee
Bar No. AZ 029446
Email: aubrey.thomas@usdoj.gov
615 E Houston St., Suite 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on March 1, 2022.

*/s/ Andrew Jiménez*
Andrew Jiménez
Trial Attorney