**Exhibit B**

**Cavenaugh Declaration**

31798748v.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| 4E BRANDS NORTHAMERICA LLC,[1] | ) Case No. 22-50009 |
| Debtor. | ) |

**DECLARATION OF MATTHEW D. CAVENAUGH
IN SUPPORT OF THE APPLICATION TO RETAIN JACKSON WALKER LLP
AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**

The undersigned proposed attorney for the above-captioned debtor and debtor-in-possession submits this verified statement of disinterestedness pursuant to Bankruptcy Rule 2014(a).

1. My name is Matthew D. Cavenaugh. I am over the age of 18 years, I am competent to make this declaration, and I have personal knowledge of the facts stated herein. Each and every statement contained herein is true and correct.

2. I am an attorney admitted to practice in the State of Texas and in this Court.

3. I am a partner in the law firm of Jackson Walker LLP (the "Firm"). The Firm maintains offices for the practice of law in seven Texas cities including one at 1401 McKinney Street, Suite 1900, Houston, Texas 77010. The Firm's main telephone number is (713) 752-4200 and the Firm's main facsimile number is (713) 752-4221.

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is 4E Brands Northamerica LLC (0130). The Debtor's principal place of business is 17806 Interstate Highway 10, Suite 300, San Antonio, TX 78257. The Debtor's service address is: 700 Canal Street, Suite 12E, Stamford, CT, 06902.

31798748v.2

4.     In conjunction with the Debtor's retention of the Firm, I directed a search of the Firm's conflicts system for each of the Debtor's creditors and insiders (the "Potential Parties in Interest").

5.     The Firm may represent other affiliates whose identities and affiliation did not show up on the conflicts system. It is possible that there are creditors whom the Debtor did not identify in their records that are clients of the Firm. The following summarizes the findings gleaned from my review of the information available on the Firm's conflicts system divided into current clients of the Firm that are also creditors of the Debtor, former clients, and affiliates of current clients of the Firm that are also creditors of the Debtor, and my and the Firm's connections with the Debtors and their current and former officers, directors, and professionals.

A.     **The Firm's Prior Relationship to the Debtor**

6.     The Firm and the Debtor entered into the Engagement Letter on December 8, 2021. The Debtor's parent, 4E Global S.A.P.I. de C.V., paid the Firm retainers in the total amount of $965,797.50 (the "Retainer"). A second Engagement Letter (expanding the scope of services) was executed on January 26, 2022. The Firm assisted the Debtor with the preparation necessary for the filing of their voluntary petitions and transitioning their operations into chapter 11. Prior to the filing of these cases, the Firm applied $462,162.45 of Retainer funds to pay for all prepetition services. The Firm continues to hold a retainer in the amount of $503,635.05.

B.     **Current Clients of the Firm that are Creditors of the Debtor**

7.     The Firm currently represents or has represented entities or affiliates of entities that may have direct or indirect claims or interests against the Debtor and are listed on the attached Schedule 2. The Firm's ongoing representation of the Schedule 2 entities do not involve or relate to the Debtor or this case. The determination of whether a client is a "former client" is based on

2

the date of last activity in the Firm's billing software system being five (5) years or more prior to the Petition Date herein. The designation of a former client may not foreclose a continuing attorney-client privilege.

8. In addition, the Firm currently represents entities or affiliates of such entities that may have direct or indirect claims against or interests in the Debtor on matters unrelated to the Debtor or this case, which are also set forth in the attached Schedule 2.

9. In the event that any matters or issues arise that are directly adverse to these current clients of the Firm, these matters or issues will be handled by other conflicts counsel as appropriate.

10. None of the preceding current clients individually represents more than 2% of the Firm's annual revenues.

11. The Firm previously represented, but does not currently represent other potential creditors or affiliates of potential creditors of the Debtor as reflected on Schedule 2.

C.   **Creditors of the Debtor that are Adverse to the Firm's Clients**

12. The Firm represents, or has represented in the past, clients that are adverse or potentially adverse to numerous creditors (or affiliates of creditors) of the Debtor.

D.   **The Firm's Connections with the Debtor, Officers, and Professionals**

13. Lucy Johnson-Davis, with the United States Trustee's Office in Houston, was previously employed by the Firm.

14. The Firm has in the past, and is likely in the future, to have common clients and connections with the Debtor's prepetition and post-petition attorneys, accountants, and other professionals. None of those connections are material or present any conflict of interest.

15. Except as set forth herein, neither I nor the Firm have had any connection with the Debtor, insiders or affiliates of the Debtor, the Debtor's creditors, any other party in interest, their

respective attorneys and accountants, the United States Trustee, or any other person employed in the Office of the United States Trustee, and are disinterested persons within the meaning of 11 U.S.C. § 101(14), to the best of my knowledge.

E.     **Statement Regarding United States Trustee Guidelines**

16.    The Firm shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's chapter 11 case in compliance with sections 330 and 331 of the Bankruptcy Code, and applicable provisions of the Bankruptcy Rules, Bankruptcy Local Rules, and any other applicable procedures and orders of the Court. The Firm also intends to make a reasonable effort to comply with the United States Trustee's requests for information and additional disclosures as set forth in the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013 (the "U.S. Trustee Fee Guidelines"), both in connection with this Application as well as any interim and final fee applications that may be filed by the Firm in connection with this chapter 11 case.

F.     **Attorney Statement Pursuant to the U.S. Trustee Fee Guidelines**

17.    The following is provided in response to the request for additional information set forth in Paragraph D.1 of the U.S. Trustee Fee Guidelines.

**Question**:   Did the Firm agree to any variations from, or alternatives to, the Firm's standard billing arrangements for this engagement?

**Answer**:   No. The Firm and the Debtor have not agreed to any variations from, or alternatives to, the Firm's standard billing arrangements for this engagement. The rate structure provided by the Firm is appropriate and is not significantly different from (a) the rates that the Firm charges for other non-bankruptcy representatives or (b) the rates of other comparably skilled professionals.

4

31798748v.2

| | |
|---|---|
| **Question**: | Do any of the Firm professionals in this engagement vary their rate based on the geographical location of the Debtor's chapter 11 case? |
| **Answer**: | No. The hourly rates used by the Firm in representing the Debtor are consistent with the rates that the Firm charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case. |
| **Question**: | If the Firm has represented the Debtor in the 12 months prepetition, disclose the Firm's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If the Firm's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference. |
| **Answer**: | My hourly rate is $950.00. The rates of other restructuring attorneys in the Firm range from $525.00 to $985.00 an hour and the paraprofessional rates range from $195.00 to $205.00 per hour. The Firm represented the Debtor during the weeks immediately before the Petition Date, using the foregoing hourly rates. |
| **Question**: | Has the Debtor approved the Firm's budget and staffing plan, and if so, for what budget period? |
| **Answer**: | The Firm has not prepared a budget and staffing plan. |

18.     The Firm will periodically review both the changes in identifiable parties in interest of the Debtor and clients of the Firm as such information becomes available or relevant, and will update this disclosure as appropriate.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of March 2022

/s/ *Matthew D. Cavenaugh*
Matthew D. Cavenaugh

**Schedule 1**

**Schedule of Searched Parties**

| | |
|---|---|
| 49c3a51df7 | Barbara Henrique |
| Abelardo Reyes | Barbara Henry |
| Accamma Nichani | Barbara Mount |
| Adelaide Faulkner | Bdo Usa Llp Usd |
| Adriana Olivera | Bernardo Muza |
| Afolake Thomas | Biologics Consulting Group Inc Usd |
| Ahmad Mohmand | Bj's |
| Aida Cosco | Blanca Cardono |
| Alan Robinson | Bonnie Dozier |
| Albert Bishop | Brandee Mckinnon |
| Alberto Adrazola | Breanna Davis |
| Albina Burkhanova | Brenda Cureton |
| Aleasha Whitflield | Brenda Slinkman |
| Alejandra Wilson Usd | Brittany Moore |
| Allred Parrish | Burnadette Lawson |
| Alyssa Bahary | C.H. Robinson Company, Inc. Usd |
| Amanda Tomes | Carl Hines |
| Amildo Alzes | Carla Murphy Brown |
| Amy Coleman | Carlos Efrain Almora Miguel Usd |
| Amy Fair | Carlos Rodriguez |
| Ana Matos | Carol Ruza |
| Ana Stewart | Carole Kerr |
| Ana V Martinez | Carolyn Parker |
| Andrew Pabon | Carolyn Rosario |
| Angela Byfield | Carrie Bryer |
| Angela Mozzott | Carrie Dorgan |
| Anna Sereda | Carrie Perkins |
| Anna Soohoo | Cassandra Harms |
| Antoinette Roque | Cassandra Williams |
| Antonio Mendoza | Cathy Cormack-Folk |
| Arlette Almonte | Cathy Woods |
| Arnett Duckett | Catrina Green-Shearer |
| Arnold King | Cecilia Debbie Opoku |
| Arthur Rowe | Chanin Clark |
| Arturo Almonte | Charnette House |
| Asela M Perez | Cheryl-Ann Hart |
| Ashley Lake | Christine Fontona |
| Ashley Mcgill | Christine Laplaca |
| Audra Diluciano | Christine Murphy |
| Augusta Mekhaeel | Claire Tassone |
| Bank Of America Usd (Factoraje ) | Claudia Galicia |
| Barbara Fields | Clinetta Tyler |
| Barbara Gould | Colleen West |

| | |
|---|---|
| Connie Carlson | Donald Waliszek |
| Connie Lewis | Donald Waliszek |
| Cora Randolph Stacey | Donetta Jones |
| Coralia Palma | Donna Flanagan |
| Cornelious Mitchell | Donna Kelley |
| Costermecker Graves | Donna Labbe |
| Cr Express Forwarding, Inc. Usd | Donna Thomas-Slaughter |
| Crystal Anderson | Doris Williams |
| Crystal Logan | Doris Williams |
| Crystal Whitney-Colbert | Dorothy Cloud |
| Cynthia Bailey | Ebrahim Amiri |
| Cynthia Woody | Edmond Dawkins |
| Daisy Clemons | Eduardo Cedeño Usd |
| Damarie Goodman | Eileen Butler |
| Damiel Delacruz | Elba Rowland |
| Dana Bassirpour | Eleanor Silva |
| Danise Wilson | Eliot Cohen |
| Darlene Fleming | Elizabeth Galves |
| Daury Enmanuel Brito Nunez | Elizabeth Garcia |
| Dave Gessner | Elizabeth Lawson |
| David Courcy | Elizabeth Mercado |
| David Everette | Elizabeth Muniz |
| David L Spears Jr | Elon Humphrey |
| David Michael (Mike) Herlihy | Erica Cruz-Hernandez |
| David Shargani | Erika Coundry |
| David Washington | Ernest May |
| Dawn Bratter | Ernest White |
| Deborah Fesgog | Esther Amegbe |
| Deborah Goodwin | Eugene Smith |
| Deborah Lechmanski | Evelyn (Chanelle) Current |
| Deborah Phillips | Evelyn Scheri |
| Deborah Pitts | Fahrudin Cakor |
| Debra Mitchell | Faith Harris |
| Defrim Thaollan | Fedex |
| Delisa Defiore | Feven Dereje |
| Demetria Crowder | Florentino Fernandez |
| Demi Miller | Florentino Fernandez |
| Denika Buck | Ford (Arrendamiento) Usd |
| Diana Diorio | Frank A. Martinelli |
| Diana Ghannam | Frank Calandra |
| Diane Caraway | Frank J. Martinelli |
| Dominique Miller | Fredrick  Zarazua |
| Donald Summers | G2l Market (Empresa R. Denis) Usd |

31798748v.2

| | |
|---|---|
| Gaetano Piro | Jarrell Smith |
| Gaetano Piro | Jean Close |
| Gail Duverney | Jean Zungola |
| Gail Duverney | Jeff Brazil |
| Gene Beauford | Jennifer Cavallaro |
| George Saleman | Jennifer Lewis |
| Gerald Cole | Jessica Bunker |
| Gerald Cole | Jessica Howard |
| Geraldine Joiner | Jessica Moran |
| Giovanni Filangeri | Jessica Padron |
| Gisela Santiago | Jesus Mendez |
| Go To Market Sales And Distribution, Usd | Joan Maull |
| Gomsa Integradora Sapi De Cv Usd | Joanna Mariela Hernandez Samora |
| Gomsa Logistics Usa, Llc Usd | Joaquin Gordillo |
| Gomsa Transport, Llc Usd | Joe Henderson |
| Gordon Mcguire | Johanna Toomey |
| Graceline Charles | John Furtado |
| Greg Herrera, Cpa Usd | John Gorton |
| Grupo Pgl Mexico, S.A.P.I. De C.V. Usd | John Menekou |
| Guillermo Lozano | John Tomasetti |
| Guzal Kuchaeva | Jonas Bazile |
| Gwen Siler | Jonathan Woolf |
| Harriet Moore | Jorge R Caseres |
| Haseeb Khan | Jose Funez |
| Heidi And Frank Lombardi | Jose Soriano |
| Helen Williams | Joseph Gurney |
| Henna | Joseph Krobath |
| Henry Sherron | Joseph Sanders |
| Henry Suber | Joyce Curley |
| Hilda Monsalve | Juan Davalos |
| Hover Dailey | Juan Oceguera |
| Howard Baer | Juan Perdomo |
| Hugo Palomino | Juan Salgueiro |
| Ines Vivaldo | Juan Salgueiro |
| Inga Dauphinee | Judith M. Latsch |
| Ipfs Corporation (Seguro) Usd | Julia Luna |
| Irma Fernandes | Julie Granneman |
| Izydan Ta | Julie Machung |
| Jalina Hands | June Vonderchek |
| Jan Pacheco-Montero | Justin Cheney |
| Janaki Gohel | Justin Rojas |
| Jane Edson | Juswanty Pooram |
| Janice Hernandez | Kamara Mcwilliam |

31798748v.2

| | |
|---|---|
| Kamara Mcwilliam | Mannie Mattos |
| Karen Stratemeyer | Marcos Castro |
| Karen Whitton | Maria Carrillo |
| Karen Wohlforth | Maria De La Torre |
| Katherine Swiderski-Mccarthy | Maria Garcia |
| Kathleen Stolz | Maria Guengue |
| Kathryn Dineen | Maria Herbst |
| Kathy Houston | Maria Katibah |
| Keith Craig | Maria Neli Almonte |
| Keller And Heckman Llp Usd | Maria Ocaisio |
| Kelly Medved | Marianne White |
| Kenyatta Woods | Marie Francois & Soniel Lubin |
| Kerriann Mulligan | Marie Zambuto |
| Kevin Horne | Marisol Hoyos |
| Khurram Javid | Marjorie Lyons |
| Kim Jenkins | Marlene Bailey |
| Kinisha Hughes | Martine Matthews |
| Kurt Davies | Mary Anne Montante |
| Larry Knight | Mary Gillette |
| Laura Howard | Mary Rosato |
| Lauren Clark | Mary Swany |
| Lauren Rosen | Maryjo Grace |
| Lauri Hunt | Mavel Poyato |
| Lauri Hunt | Melba Masters |
| Leire Falcon Aranceta | Melda Jimenez |
| Leonard Thomas | Melissa Ortiz |
| Leroy White | Melly Siegel |
| Lesa Davis | Melody Stauff |
| Leslie Holmes | Merima Bajramoski |
| Leslie Peer | Merima Bajramski |
| Linda Russ | Michael Longo |
| Lisa Johnson | Michael Manganiello |
| Liz Krebs | Michael Solomon |
| Liz Sutton | Michael Windward |
| Lonia Roberts | Michael Woods |
| Lsq Funding (Factoraje) Usd | Michele Banen |
| Luis Rodriguez | Michelle Macon |
| Lynette Foster | Midori Ito |
| Lynette Stefanec | Milagros Pazo |
| Mabel Van Daalen | Mildred Burgos |
| Madalyn Goldberg | Mina Untalan |
| Madhavi Veerapaneni | Mindy Satawa |
| Malcolm Hyneman | Minerva Morales |

| | |
|---|---|
| Mira Elkozah | Penn D Willis |
| Miriam Ar. Zarran | Peter Cruz |
| Miriam Rosario | Prabhakaran Rajendran |
| Mohamed Homrani | Priscilla Johnson |
| Monica Casales | Qamil Cuni |
| Monica Perez Hernandez | R.L. Gaffin |
| Multilog Internacional, S.A. De C.V. Usd | Rafael Fermin |
| Mx First Choice Logistics Sa Usd | Raj Defreitas |
| Myra Tellez | Ramona Polanco |
| Nadine Avicolli; Dennis Avicolli | Randy Smith |
| Nahomie Placide | Raquel Litchfield |
| Nan Dixon | Raul Roa |
| Natasha Suarez | Raymond Schlobohm |
| Neehu Phatani | Rebecca Leach |
| Nery Ortaega | Regina Chestnut |
| Nesuan Jimenez | Richard Leach |
| Nicholas  Horner | Richard Morelli |
| Nicola Scalisi | Richard Snodgrass |
| Nicolas Saloma | Richard Snodgrass |
| Nicole Sanfilippo | Rina Gaffin |
| Nikia Plummer | Robert Simmons |
| Nilsa Medina | Robert Zerdecki |
| Niovis Rivas | Roberta Cohen |
| Nirva David | Robin Nelson |
| Noel Allen | Rodger Hubbell |
| Norma Allen | Rodrigo Bahamonde |
| Nylsa King | Ronald Parisi |
| Oasnel Oramas | Ronnie Hammer |
| Olga Ramirez | Ronnie Holmes |
| Oretha Anderson | Ronnie Hurt |
| Orlando Ordenana | Rosa Adams |
| Oscar Alejandro Ramirez Santos | Rose Martinelli |
| Pamela Medina | Rosie Dennis |
| Pat Moore | Roxana Mateo |
| Patrica Duncan | Ruben Cardenas |
| Patricia | Ruth Pennington |
| Patricia And Gregory Dimurro | Ruviela Freyre |
| Patricia Donadio | Ryan Hurney |
| Patricia Henson | Sabrena Turner |
| Paul Davidson | Safety, Science & Toxicology Assoc Usd |
| Paula Dominguez | Sallie Perkins |
| Pauline Nesby | Sallie Perkins |
| Pedro | Sandra Gelpi |

31798748v.2

| | |
|---|---|
| Sandra Tricarico | Thomas Sunkin |
| Sandra Wilson | Todd Murphy |
| Santos Cristina Dias | Tommy Schmidt |
| Sarah Ortiz | Toni Damelio |
| Sarah Rivera | Tradegate (Pago Comisiones) Usd |
| Saulo Balbino Machado | Tricia Miller |
| Seena Rizwan | Umer Shah |
| Sharlotte Gossett | Una Smallwood |
| Sharon Acree | Valeria Belmont |
| Sharon Fox | Vanessa Jordan |
| Sharon Gumpper | Vicenta Shearer |
| Sharon Sekinger/Fiance | Vijayakrisna Nama |
| Shawn Crutchfield | Viviana Hernandez |
| Shayla Lowry | Wanda Carter |
| Sheila Callis | Wanda Rodriguez |
| Sheila Upshaw | Walmart |
| Sherley Chery | Wendewesen Beyene |
| Shornda Cadore | Wilson Elser Moskowitz Edelman & D Usd |
| Sonia Joj | Xochitl Crecencio As Parent And Legal Guardian For Laritz Macario |
| Sonia Portiho/Estate Of Carlos Heitor | |
| Sonya Keleshian | Xueyun Wang |
| Srcl Expert Solutions, Llc Usd | Yanet Gomez |
| Sripal Anugu | Yanira Moralez |
| Stephanie Jaramillo | Yendi Reyes |
| Stephanie Smith | Yesenia Chavez |
| Steve Wollszenski | Yinelva Robles Arreda |
| Steven Medina | Yirga Woldeabezgi |
| Steven Omiotek | Youmi Kim |
| Sue Thomas | Yrc. Inc. Usd |
| Sumer Kotru | Yusen Logistics (Mexico) Sa De Cv Usd |
| Sun City Group, Inc. Usd | Yvette Brown |
| Susan Fidyk | Yvonne Evans |
| Susan Pepe | Zbigniew Salasinski |
| Tammy Panetta | Zenaida Castro |
| Taylor Kletsert | Zulay Arancibia |
| Theodore Hawkins | |
| Thomas Panessiti | |

**Schedule 2**

| JW Client Name | Name Checked Against Database | Relation to Debtors | Status |
|---|---|---|---|
| Albertson's, LLC | Albertson's | Vendor | Client |
| Albertsons Companies, Inc. | Albertson's | Vendor | Client |
| American Airlines Center | American Airlines | Vendor | Client |
| American Airlines FCU | American Airlines | Vendor | Client |
| American Airlines Inc. | American Airlines | Vendor | Client |
| Bank of America | Bank of America | Vendor | Client |
| BDO Canada Limited | BDO | Vendor | Previous Client |
| Crescent Real Estate Equities Limited Partnership | Regus | Client Affiliate | Client |
| Estate of Lucy Ann Stewart | Ana Stewart | Adverse Parties | Client |
| FedEx Freight, Inc. | Fedex | Vendor | Client |
| Ford Road Apartments, Ltd. | Ford | Vendor | Client |
| Freeman, Rich and Cathy | Richard Freeman | Adverse Parties | Client |
| H.E. Butt Foundation | HEB | Vendor | Client |
| H-E-B, LP | HEB | Vendor | Client |
| Leo and Barbara "Bobbie" Fields | Barbara Fields | Adverse Parties | Client |
| Martinez-Rodriguez, Juan Carlos | Carlos Rodriguez | Adverse Parties | Client |
| Mitchell, Deborah B. | Debra Mitchell | Adverse Parties | Previous Client |
| Moore, Elsie, Independent Executor of Estate of Pat Howard Moore | Pat Moore | Adverse Parties | Client |
| Moore, James Patrick | Pat Moore | Adverse Parties | Previous Client |
| Richard and Kimberly Freeman | Richard Freeman | | Client |
| Spears, Christopher David | David L Spears Jr | Adverse Parties | Previous Client |
| Sun City Dermatology, PA | Sun City | Vendor | Client |
| Walmart Employee Pool Counsel | Walmart | Vendor | Client |

31798748v.2

| JW Client Name | Name Checked Against Database | Relation to Debtors | Status |
|---|---|---|---|
| Walmart Stores | Walmart | Vendor | Client |
| Wilson, Elser, Moskowitz, Edelman & Dicker LLP B | Wilson Elser Moskowitz Edelman | Opposing Counsel | Client |
| Yusen Logistics (Americas) Inc. | Yusen Logistics (Mexico) Sa De Cv Usd | Vendor | Previous Client |

31798748v.2