United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 06, 2022
Nathan Ochsner, Clerk

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| 4E BRANDS NORTHAMERICA LLC,[1] | ) Case No. 22-50009 |
| Debtor. | ) |
| | ) Re: Docket No. 317 |

## ORDER GRANTING JACKSON WALKER LLP'S
## FIRST INTERIM FEE APPLICATION FOR ALLOWANCE AND
## PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE DEBTORS
## FOR THE PERIOD FROM FEBRUARY 22, 2022 THROUGH MAY 31, 2022

The Court has considered the *First Interim Application for Compensation and Reimbursement of Expenses* filed by Jackson Walker LLP (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $390,118.68[2] for the period set forth in the application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

**Signed: November 06, 2022.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is 4E Brands Northamerica LLC (0310). The Debtor's principal place of business is 17806 Interstate Highway 10, Suite 300, San Antonio, TX 78257. The Debtor's service address is: 700 Canal Street, Suite 12E, Stamford, CT, 06902.

[2] In the Application, Jackson Walker sought allowance of fees in the amount of $387,408.50. Jackson Walker now requests allowance of fees in the amount of $385,686.00, which reflect a reduction of $1,722.50 pursuant to an informal objection received from the U.S. Trustee.

34385697v.2 160911/00001