IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| 4E BRANDS NORTH AMERICA LLC,[1] | ) Case No. 22-50009 (DRJ) |
| | ) |
| Debtor. | ) |
| | ) Re: Docket No. _____ |

**FINAL ORDER ALLOWING COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

The Court has considered the *Final Fee Application for Allowance and Payment of Fees and Expenses as Counsel to the Debtor for the Period From February 22, 2022 Through October 26, 2022* (the "Application") filed by Jackson Walker LLP (the "Applicant"). **THE COURT FINDS THAT:**

A. In making the following findings, the Court has considered the novelty and difficulty of the questions, issues, and problems addressed by the Applicant's services through its of the Debtor during this bankruptcy case.

B. The time that the Applicant spent on services provided under the Application was reasonable and necessary based on the complexity, importance, and nature of the bankruptcy case.

C. The billing rates that the Applicant charged are comparable to and reasonable based on rates charged by other professionals with similar experience and expertise in the Southern District of Texas.

D. The services provided by the Applicant were necessary to the administration of this bankruptcy case.

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is 4E Brands Northamerica, LLC (0130). The Debtor's principal place of business is 6 IH-10W, Suite 300, San Antonio, Texas 78257. The Debtor's service address is: 700 Canal Street, Suite 12E, Stamford, CT, 06902.

34540680v.3 160911/00001

**IT IS THEREFORE ORDERED THAT:**

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $868,848.81 for the period set forth in the Application.

2. The compensation and reimbursement of expenses allowed in this order are approved on a final basis.

3. The Debtor is authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

Signed:

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE