United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 29, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 4E BRANDS NORTHAMERICA LLC, | § | Case No. 22-50009 |
| | § | |
| Debtor. | § | |

## FINAL ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR OXFORD RESTRUCTURING ADVISORS, LLC
**(Docket No. 393)**

The Court has considered the First and Final Application for Allowance of Compensation and Reimbursement of Expenses filed by Oxford Restructuring Advisors, LLC (the "<u>Applicant</u>"). The Court orders:

1. Applicant is allowed compensation and reimbursement of expenses in the amount of $149,204.70 for the period set forth in the application.

2. The compensation and reimbursement of expenses allowed in this order and all previous interim allowances of compensation and reimbursement of expenses are approved on a final basis.

3. The Debtor is authorized to disburse any unpaid amounts allowed by paragraphs 1 or 2 of this Order.

**Signed: December 29, 2022.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**