United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 29, 2022
Nathan Ochsner, Clerk

THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| 4E BRANDS NORTHAMERICA LLC,[1] | ) Case No. 22-50009 |
| Debtor. | ) |
| | ) Re: Docket No. 389 |

**ORDER GRANTING JACKSON WALKER LLP'S
SECOND INTERIM FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF FEES AND EXPENSES AS COUNSEL TO THE DEBTOR
FOR THE PERIOD FROM JUNE 1, 2022 THROUGH OCTOBER 26, 2022**

The Court has considered the *Second Interim Application for Compensation and Reimbursement of Expenses* filed by Jackson Walker LLP (the "Applicant"). The Court orders:

1. The Applicant is allowed interim compensation and reimbursement of expenses in the amount of $476,607.63 for the period set forth in the application.

2. The Debtors are authorized to disburse any unpaid amounts allowed by paragraph 1 of this Order.

Signed: December 29, 2022.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is 4E Brands Northamerica LLC (0310). The Debtor's principal place of business is 17806 Interstate Highway 10, Suite 300, San Antonio, TX 78257. The Debtor's service address is: 700 Canal Street, Suite 12E, Stamford, CT, 06902.

34607421v.1 160911/00001