IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| 4E Brands Northamerica LLC | § | Case No. 22-50009 (DRJ) |

### WITNESS AND EXHIBIT LIST OF ARMET BEACH AND BASSWOOD LP FOR HEARING SCHEDULED FOR APRIL 6 2023 AT 3:30 P.M. (PREVAILING CENTRAL TIME)

Armet Beach and Basswood LP ("Armet Beach"), the owner of certain real property that has benefitted the estate of Debtor in the above captioned bankruptcy proceeding, files its Witness and Exhibit List for the hearing to be held on **April 6, 2023 at 3:30 p.m. (prevailing Central Time)** (the "Hearing") as follows:

### WITNESSES

Armet Beach may call the following witnesses at the Hearing:

1. Representative of Armet Beach;

2. Any witness listed or called by any other party; and

3. Rebuttal witnesses as necessary.

**EXHIBIT LIST**

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| 1. | Exhibit A to the Application of Armet Beach (ECF #380), the Declaration of Lori Stewart, along with the Exhibits attached thereto:<br>A-1: Commercial Lease<br>A-2: Commercial Lease Amendment<br>A-3: Early Termination of Commercial Lease<br>A-4: Tenant Statement | | | | | | |
| 2. | Exhibit A to the Notice of Supplement to Application of Armet Beach (ECF #461), THE Declaration of Lori Stewart, along with the Exhibits Attached thereto:<br>A-1: Occupant Ledger<br>A-2: Temporary Power Letter | | | | | | |
| 3. | Any Document filed in the above captioned case | | | | | | |
| 4. | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| 5. | Any exhibit identified or offered by any other party | | | | | | |

Dated: April 4, 2023.

Respectfully submitted,

*/s/ Russell A. Devenport*
Russell A. Devenport
Texas Bar No. 24007109
rdevenport@mcdonaldlaw.com
H. Dustin Fillmore IV
Texas Bar No. 24105858
hdf@mcdonaldlaw.com

**McDONALD SANDERS PC**
777 Main Street, Suite 2700
Fort Worth, Texas 76102
(817) 336-8651 Telephone
(817) 334-0271 Facsimile

ATTORNEYS FOR ARMET BEACH AND BASSWOOD L.P.

## CERTIFICATE OF SERVICE

I, Russell A. Devenport, do hereby certify that a true and correct copy of the above and foregoing has this 4th day of April 2023, been served by ECF service to all parties participating in the Court's ECF the following:

| | |
|---|---|
| Matthew D. Cavenaugh | Andrew Jimenez |
| Jackson Walker LLP | U.S. Department of Justice |
| 1401 McKinney Street | Office of the U.S. Trustee |
| Suite 1900 | 606 N. Carancahua Street, Suite 1107 |
| Houston, Texas 77010 | Corpus Christi, Texas 78401 |

*/s/ Russell A. Devenport*
Russell A. Devenport