IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| 4E BRANDS NORTHAMERICA LLC | § § § | CASE NO. 22-50009 |
| Debtor | | |

### ORDER VACATING EMPLOYMENT ORDER, FINAL FEE ORDER, FOR DISGORGEMENT AND SANCTIONS

It is

**ORDERED** that the Order Granting Application To Retain Jackson Walker LLP As Counsel For The Debtor And Debtor-In-Possession (Docket #120) is vacated, and it is further

**ORDERED** that the Final Order Allowing Compensation And Reimbursement Of Expenses (Docket #427) is vacated, and it is further

**ORDERED** that all funds received by Jackson Walker are hereby disgorged, and it is further

**ORDERED** that Jackson Walker LLP is Sanctioned in the amount of $_____, and it is further

**ORDERED** that Jackson Walker LLP shall pay reasonable attorney fees to Walker & Patterson, P.C. in the amount of $_____, and it is further

**ORDERED** that the disgorgement and payment of the amounts indicated in

this Order shall occur on or before ten (10) days after entry of this Order, and it is further

**ORDERED** that a separate hearing shall be held to determine whether this case should be converted to a case under chapter 7 of the Bankruptcy Code.

Dated: _____

_____
UNITED STATES BANKRUPTCY JUDGE