# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| 4E BRANDS NORTHAMERICA LLC,[1] | ) Case No. 22-50009 (MI) |
| Debtor. | ) |

## STATUS REPORT REGARDING DEBTOR'S DESTRUCTION PROCESS

Pursuant to paragraph 80 of the Confirmation Order, the Plan Agent files this Status Report and has the following update regarding the Debtor's destruction process:

**The Debtor has completed destruction of all of its inventory.**

All pleadings in the Debtor's bankruptcy case are available, free of charge, by: (a) accessing the Debtor's restructuring website at https://cases.stretto.com/4ebrands/; (b) writing to 4E Brands Northamerica LLC Ballot Processing c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602; (c) calling (855) 337-3537 (toll free) or +1 949 296-1805 (international) and requesting to speak with a member of the Solicitation Group; or (d) emailing Team4E@stretto.com, or for a fee via PACER at https://ecf.txsb.uscourts.gov/.

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is 4E Brands Northamerica LLC (0310). The Debtor's principal place of business is 17806 Interstate Highway 10, Suite 300, San Antonio, TX 78257. The Debtor's service address is: 41 W. Putnam Ave., STE 103, Greenwich, CT 06830.

October 31, 2023

    */s/  Genevieve M. Graham*
**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Veronica A. Polnick (TX Bar No. 24079148)
Genevieve M. Graham (TX Bar No. 24085340)
Victoria N. Argeroplos (TX Bar No. 24105799)
Javier Gonzalez (TX Bar No. 24119697)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:    (713) 752-4200
Facsimile:    (713) 752-4221
Email: mcavenaugh@jw.com
Email: vpolnick@jw.com
Email: ggraham@jw.com
Email: vargeroplos@jw.com
Email: jgonzalez@jw.com

*Counsel to the Debtor*

2

## Certificate of Service

I certify that on October 31, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Genevieve M. Graham*
Genevieve M. Graham