United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 15, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-50009 |
| 4E BRANDS NORTHAMERICA LLC, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER
*Resolving ECF No. 511*

Pending before the Court is a single matter self-styled as, "Motion to Recuse"[1] filed by Barry Green as Wrongful Death Representative of the Estate of Joshua Maestas and Carolina Maestas on October 30, 2023. The Court held a hearing on this matter on December 12, 2023, and took the matter under advisement. For all of the reasons stated in this Court's accompanying Memorandum Opinion, it is therefore:

**ORDERED**: that

1. "Motion to Recuse"[2] filed by Barry Green as Wrongful Death Representative of the Estate of Joshua Maestas and Carolina Maestas on October 30, 2023 is DENIED.

SIGNED December 15, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

---

[1] ECF No. 511.
[2] ECF No. 511.