# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| 4E BRANDS NORTHAMERICA, LLC,[1] § | |
| § | Case No. 22-50009 (MI) |
| Debtor. § | |
| § | |

## AMENDED NOTICE OF HEARING ON FEBRUARY 15, 2024
[Relates to Dkt. Nos. 535, 561, 582, 590, 591, 601 & 607]

**PLEASE TAKE NOTICE** that the hearing previously scheduled for **February 15, 2024, at 5:00 p.m. (prevailing Central Time)**, before the Honorable Marvin Isgur, United States Bankruptcy Judge for the Southern District of Texas, in Courtroom 404, 515 Rusk Street, Houston, Texas 77002, to consider the following, has been reset to **February 15, 2024, at 9:00 a.m. (prevailing Central Time)**:

1. The Maestas Parties' Emergency Motion for Status Conference and to Terminate Abatement [Dkt. No. 535];

2. Order Requiring Any Party-In-Interest Who Asserts Standing or Indispensable Party Status to File a Notice Stating a Basis for Indispensable Party Status or Standing in Connection With Jackson Walker LLP Fee Matters [Dkt. No. 582];

3. Jackson Walker LLP's Emergency Motion to Determine Lack of Standing of Maestas Parties [Dkt. No. 590];

4. Jackson Walker LLP's Emergency Motion to Continue and/or Reinstate Abatement Pending Determination of Standing [Dkt. No. 591];

5. Notice of Indispensable Party filed by the Official Committee of Unsecured Creditors of 4E Brands Northamerica, LLC [Dkt. No. 601]; and

6. Notice of Standing and Indispensable Party filed by David Dunn, the Plan Agent [Dkt. No. 607].

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is 4E Brands Northamerica LLC (0310). The Debtor's principal place of business is 17806 Interstate Highway 10, Suite 300, San Antonio, TX 78257. The Debtor's service address is: 41 W. Putnam Ave., STE 103, Greenwich, CT 06830.

**PLEASE TAKE FURTHER NOTICE** that you may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeIsgur" in the GoToMeeting app or click the link on Judge Isgur's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Isgur. Under "Electronic Appearance" select "Click here to submit Electronic Appearance." Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of the filings in this chapter 11 case can be obtained free of charge via the Debtor's claims and noticing agent's website at https://cases.stretto.com/4ebrands/court-docket/ or through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov.

Dated: January 26, 2024	Respectfully submitted,

        **NORTON ROSE FULBRIGHT US LLP**

        */s/ Jason L. Boland*
        Jason L. Boland (SBT 24040542)
        William R. Greendyke (SBT 08390450)
        Julie Harrison (SBT 24092434)
        Maria Mokrzycka (SBT 24119994)
        1301 McKinney Street, Suite 5100
        Houston, Texas 77010
        Telephone: (713) 651-5151
        Email: jason.boland@nortonrosefulbright.com
        Email: william.greendyke@nortonrosefulbright.com
        Email: julie.harrison@nortonrosefulbright.com
        Email: maria.mokrzycka@nortonrosefulbright.com

        *Counsel for Jackson Walker LLP*

## CERTIFICATE OF SERVICE

I certify that on January 26, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

        By: */s/ Jason L. Boland*
            Jason L. Boland