**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: | § |
| | § |
| 4E BRANDS NORTHAMERICA LLC[1] | §   CASE NO. 22-5009 |
| | § |
| Debtor | § |
| | § |

**AGENDA FOR HEARING SCHEDULED FOR**
**FEBRUARY 12, 2024 AT 9:00 A.M. (PREVAILING CENTRAL TIME)**

> **Participation at the hearing will only be permitted by an audio and video connection.**
>
> **Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1-832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page. The meeting code is "JudgeIsgur". Click the settings icon in the upper right corner and enter your name under the personal information setting.**
>
> **Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.**

David Dunn, in his capacity as Plan Agent (the "Plan Agent") of 4E Brands Northamerica LLC (the "Debtor") files his Agenda for matters set for hearing on **February 12, 2023 at 9:00 a.m.** (Prevailing Central Time).

1. Plan Agent's Emergency Motion to Terminate Retention of Claims and Noticing Agent [Docket No. 564]

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is 4E Brands Northamerica LLC (0310). The Debtor's principal place of business is 17806 Interstate Highway 10, Suite 300, San Antonio, TX 78257. The Debtor's service address is: 41 W. Putnam Ave., STE 103, Greenwich, CT 06830.

1

Status: The Plan Agent filed a Certificate of Counsel/No Objection to Plan Agent's Emergency Motion to Terminate Retention of Claims and Noticing Agent [Docket No. 629] with a proposed order on February 8, 2024.

DATED: February 8, 2024

Respectfully submitted,

*/s/Aaron Guerrero*
Ken Green (Texas State Bar No. 24036677)
Aaron Guerrero (Texas State Bar No. 24050698)
Bryan Prentice (Texas State Bar No. 24099787)
Bonds Ellis Eppich Schafer Jones LLP
950 Echo Lane, Suite 120
Houston, Texas 77024
(713) 335-4990 telephone
(832) 740-1411 facsimile
ken.green@bondsellis.com
aaron.guerrero@bondsellis.com
bryan.prentice@bondsellis.com

**ATTORNEYS FOR DAVID DUNN, THE PLAN ADMINISTRATOR FOR THE POST-EFFECTIVE DATE DEBTORS**

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Aaron Guerrero*
Aaron Guerrero