United States Bankruptcy Court
Southern District of Texas

**ENTERED**

February 09, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE: | § |
| | § |
| **4E BRANDS NORTHAMERICA LLC[1]** | §CASE NO. 22-50009 |
| | § |
| Debtor | § |

**ORDER GRANTING PLAN AGENT'S
EMERGENCY MOTION TO TERMINATE RETENTION
OF CLAIMS AND NOTICING AGENT**

On this day, the Court considering the *Emergency Motion to Terminate Retention of Claims and Noticing Agent* [Docket No. 564] (the "Motion")[2] of David Dunn, in his capacity as Plan Agent ("Plan Agent") of 4E Brands Northamerica LLC (the "Debtor") seeking authority to terminate the retention of the Claims Agent. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); this Court may enter a final order on the Motion and venue in this district of this matter is permissible pursuant to 28 U.S.C. § 1408; and the Post-Effective Date Debtor gave proper notice of the Motion. It is therefore **ORDERED THAT**:

1.      The services of the Claims Agent under the Services Agreement are terminated effective as of thirty days after entry of this Order (the "Termination Date"). Except as provided in this Order, after the Termination Date, Stretto shall have no further obligation to this Bankruptcy Court, the Post-Effective Date Debtor, or any party in interest to provide further claims and noticing services in connection with this Chapter 11 Case.

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is 4E Brands Northamerica LLC (0310). The Debtor's principal place of business is 17806 Interstate Highway 10, Suite 300, San Antonio, TX 78257. The Debtor's service address is: 41 W. Putnam Ave., STE 103, Greenwich, CT 06830.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

2.      The Claims Agent will prepare a final claims register for the Chapter 11 Case for the Clerk of Court, pursuant to the current guidelines implementing under 28 U.S.C. § 156(c).

3.      The Claims Agent will box and transport all claims to the Federal Archives, at the direction of the Clerk of Court.

4.      The Claims Agent shall keep electronic copies of all records until one (1) year (after which time the Claims Agent may, but is not required to, destroy such records), and the Claims Agent need not keep paper copies of such records.

5.      The Claims Agent may destroy (a) all excess copies of notices, pleadings, plan solicitation documents, customized envelopes, and other printed materials and (b) all undeliverable and/or returned mail not previously destroyed.

6.      The Claims Agent may reduce the public case administration website to a static homepage, and in its discretion may opt to deactivate the website altogether.

7.      The Claims Agent will transfer electronic copies of the final claims register, all claims and claim related documents and filings to the Clerk of Court.

8.      The above services to be rendered by the Claims Agent shall be charged to the bankruptcy estate.

9.      The Bankruptcy Court retains jurisdiction to hear and determine all matters arising from or related to the implementation and/or enforcement of this Order.

Signed: February 09, 2024

_____
Marvin Isgur
United States Bankruptcy Judge

2