IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>4E BRANDS NORTHAMERICA, LLC,[1]<br><br>    Debtor. | § §<br>§<br>§<br>§<br>§<br>§    Case No.  22-50009 (MI)<br><br>    Chapter 11 |

### JACKSON WALKER LLP'S WITNESS AND EXHIBIT LIST
### FOR HEARINGS SCHEDULED FEBRUARY 15, 2024
**[Relates to Dkt. Nos. 535, 582, 590, 591, 601, 607 & 623]**

| | |
|---|---|
| **Main Case No**: 22-50009 (MI) | **Name of Debtor:** 4E Brands Northamerica, LLC |
| **Witnesses:**<br>1. All persons listed on the witness list of any party; and | **Judge:** Marvin Isgur |
| 2. Any rebuttal and/or impeachment witnesses. | **Courtroom Deputy:** Sierra Thomas-Anderson |
| | **Hearing Date**: February 15, 2024 |
| | **Hearing Time**: 9:00 a.m. |
| | **Party's Name:** Jackson Walker LLP |
| | **Attorneys' Names**:    Jason L. Boland<br>                               William R. Greendyke<br>                               Paul Trahan<br>                               Maria Mokrzycka |
| | **Attorneys' Phone:** (713) 651-5151 |
| | **Nature of Proceeding:** Continued Hearings on (1) *Maestas Parties' Emergency Motion for Status Conference and to Terminate Abatement* [Dkt. No. 535]; (2) *Order Requiring Any Party-In-Interest Who Asserts Standing or Indispensable Party Status to File a Notice Stating a Basis for Indispensable Party Status or Standing in Connection With Jackson Walker LLP Fee Matters* [Dkt. No. 582]; (3) *Jackson Walker LLP's Emergency Motion to Determine Lack of Standing of Maestas Parties* [Dkt. No. 590]; (4) *Emergency Motion to Continue and/or Reinstate Abatement Pending* |

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is 4E Brands Northamerica LLC (0310). The Debtor's principal place of business is 17806 Interstate Highway 10, Suite 300, San Antonio, TX 78257. The Debtor's service address is: 41 W. Putnam Ave., STE 103, Greenwich, CT 06830.

| | *Determination of Standing* [Dkt. No. 591]; (5) *Notice of Indispensable Party Filed by the Official Committee of Unsecured Creditors of 4E Brands Northamerica, LLC* [Dkt. No. 601]*;* (6) *Plan Agent's Notice of Standing and Indispensable Party* [Dkt. No. 607]; and (7) *Plan Agent's Plan of Action* [Dkt. No. 623]. |
|---|---|

## EXHIBITS[2]

| **Ex. #** | **Description** | **Offered** | **Objection** | **Admitted / Not Admitted** | **Disposition** |
|---|---|---|---|---|---|
| 1. | Proof of Claim No. 38 filed by Barry Green, as Wrongful Death Representative of the Estate of Joshua Maestas | | | | |
| 2. | Amended Proof of Claim No. 41 filed by Barry Green, as Wrongful Death Representative of the Estate of Joshua Maestas | | | | |
| 3. | Carolina Maestas's Proof of Claim No. 40 | | | | |
| 4. | Declaration of Angela Tsai on Behalf of Stretto Regarding Solicitation of Votes and Tabulation of Ballots Accepting and Rejecting Proposed Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [Dkt. No. 294] | | | | |
| 5. | Order Granting Application to Retain Jackson Walker LLP as Counsel for the Debtor and Debtor-in-Possession [Dkt. No. 120] | | | | |
| 6. | Order Granting Jackson Walker LLP's First Interim Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the | | | | |

---

[2] All references herein to any particular Dkt. No. include all exhibits or attachments thereto.

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Debtors for the Period from February 22, 2022 through May 31, 2022 [Dkt. No. 367] |  |  |  |  |
| 7. | Order Granting Jackson Walker LLP's Second Interim Fee Application for Allowance and Payment of Fees and Expenses as Counsel to the Debtor for the Period from June 1, 2022 through October 26, 2022 [Dkt. No. 428] |  |  |  |  |
| 8. | Final Order Allowing Compensation and Reimbursement of Expenses [Dkt. No. 427] |  |  |  |  |
| 9. | First Amended Combined Disclosure Statement and Joint Plan of Liquidation of 4E Brands Northamerica LLC Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 343] |  |  |  |  |
| 10. | Order Confirming the Debtor's Combined Disclosure Statement and Joint Plan of Liquidation of 4E Brands Northamerica LLC Pursuant to Chapter 11 of the Bankruptcy Code [Dkt. No. 353] |  |  |  |  |
| 11. | Notice of (I) Entry of Confirmation Order (II) Occurrence of the Effective Date, and (III) Related Bar Dates [Dkt. No. 362] |  |  |  |  |
| 12. | Abatement Order [Dkt. No. 527] |  |  |  |  |
| 13. | Order Requiring Any Party-In-Interest Who Asserts Standing or Indispensable Party Status to File a Notice Stating a Basis for Indispensable Party Status or Standing in Connection |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| | With Jackson Walker LLP Fee Matters [Dkt. No. 582] | | | | |
| 14. | Certificate of Service [Dkt. No. 596] | | | | |
| 15. | Service via cm/ecf of Jackson Walker LLP's Emergency Motion to Continue and/or Reinstate Abatement Pending Determination of Standing | | | | |
| 16. | Service via cm/ecf of Jackson Walker LLP's Emergency Motion to Determine Lack of Standing of Maestas Parties | | | | |
| 17. | Amended Notice of Hearing on February 15, 2024 [Dkt. No. 615] | | | | |
| 18. | Plan Agent's Plan of Action [Dkt. No. 623] | | | | |
| 19. | Scheduling Order entered in *In re Professional Fee Matters Concerning the Jackson Walker Law Firm*; Case No. 23-00645 [Dkt. No. 49] | | | | |
| 20. | Order for Status Conference [Dkt. No. 625] | | | | |
| 21. | Any document or pleading filed in the above-captioned case, including any exhibits and attachments thereto | | | | |
| 22. | Any exhibit designated by any other party | | | | |
| 23. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

Jackson Walker LLP ("JW") reserves (i) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the hearing; and (ii) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit

List as appropriate. JW also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest; and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

Dated: February 13, 2024

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
William R. Greendyke (SBT 08390450)
Maria Mokrzycka (SBT 24119994)
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone: (713) 651-5151
Facsimile: (713) 651-5246
Email: jason.boland@nortonrosefulbright.com
Email: william.greendyke@nortonrosefulbright.com
Email: maria.mokrzycka@nortonrosefulbright.com

-and-

Paul Trahan (SBT 24003075)
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Telephone: (512) 536 5288
Email: paul.trahan@nortonrosefulbright.com

*Counsel for Jackson Walker LLP*

### CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2024, a true and correct copy of the foregoing document was filed and served via the Court's electronic case filing and noticing system to all parties registered to receive electronic notices in this matter.

*/s/ Jason L. Boland*
Jason L. Boland