# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
# Thursday, February 15, 2024

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Thomas | Fawkes | Tucker Ellis LLP | Official Committee of Unsecured Creditors |