Case 22-50009   Document 651   Filed in TXSB on 03/12/24   Page 1 of 1

United States Courts
Southern District of Texas
FILED

*March 12, 2024*

Nathan Ochsner, Clerk of Court

UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

IN RE:  §
4E Brands Northamerica LLC  §
§  CASE NO.  22-50009
§
§
§

USB drive of claims register on file in the Clerk's Office

DOCUMENT IS:

☐   LOOSE IN FILE

☐   IN VAULT SEALED

✔   IN BROWN EXPANDABLE FOLDER

INSTRUMENT #_____