**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **4E BRANDS NORTHAMERICA LLC** | § | **CASE NO. 22-50009** |
| | § | |
| **Debtor** | § | |
| | § | |

**AGENDA FOR HEARING SCHEDULED FOR**
**MAY 3, 2024 AT 10:00 A.M. (PREVAILING CENTRAL TIME)**

TO THE HONORABLE MARVIN ISGUR:

David Dunn, solely in his capacity as Plan Agent and sole manager, sole director, sole officers and sole representative of the Debtor ("Plan Agent") files his Agenda for the matter set for hearing on **May 3, 2024 at 10:00 a.m.** (Prevailing Central Time).

1. **Plan Agent's Amended Objection to Proof of Claim No. 9 [Docket No. 655]**

   Status:    The Plan Agent filed a Certificate of No Response to Plan Agent's Amended Objection to Proof of Claim No. 9 at Docket No. 680.

DATED:  May 2, 2024

Respectfully submitted,

*/s/ Ken Green*
Ken Green (Texas State Bar No. 24036677)
Aaron Guerrero (Texas State Bar No. 24050698)
Bryan Prentice (Texas State Bar No. 24099787)
Bonds Ellis Eppich Schafer Jones LLP
950 Echo Lane, Suite 120
Houston, Texas 77024
(713) 335-4990 telephone
(832) 740-1411 facsimile
ken.green@bondsellis.com
aaron.guerrero@bondsellis.com
bryan.prentice@bondsellis.com

**ATTORNEYS FOR DAVID DUNN, PLAN AGENT**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 2, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Ken Green*
Ken Green