# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | |
|---|---|
| In re:<br><br>4E BRANDS NORTHAMERICA LLC,<br>            Debtor. | ) <br>) Case No. 22-50009 (DRJ)<br>)<br>) Chapter 11<br>)<br>) |

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Heather M. Crockett, counsel for the State of Indiana, gives notice of withdrawal of counsel Lillian Leona Frank for the State of Indiana ("Indiana"). I affirmatively state as follows:

1. Lillian Leona Frank does not represent the Debtor(s), a Trustee or any official committees.

2. Lillian Leona Frank is no longer with the Office of the Indiana Attorney General and as such is being withdrawn by co-counsel.

3. Indiana has an ongoing interest in this case, but still has counsel involved and admitted to this court.

4. No attorney is being substituted as Heather M. Crockett already represents the State of Indiana.

Respectfully submitted,

By: /s/ Heather M. Crockett
Heather M. Crockett, Atty. No. 26325-22
Deputy Attorney General
Indiana Office of Attorney General
302 West Washington Street, IGCS-5th Floor
Indianapolis, IN  46204-2770
Telephone: 317-233-6254
Facsimile: 317-232-7979
Email:  Heather.Crockett@atg.in.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on July 16, 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

By: /s/ Heather M. Crockett
Heather M. Crockett
Deputy Attorney General